

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>José R. Ríos Ríos | 2009 TSPR 152<br><br>177 DPR \_\_\_\_ |

Número del Caso: TS-9427

Fecha: 7 de octubre de 2009

Oficina del Procurador General:

        Lcda. Minnie H. Rodríguez López
        Procuradora General Auxiliar

Oficina de Inspección de Notarías:

        Lcda. Lourdes I. Quintana Lloréns
        Directora

Abogado de la Parte Peticionaria:

        Lcdo. Rafael Román Jiménez

Materia: Reinstalación al Ejercicio de la Abogacía y la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re*:

José R. Ríos Ríos

TS-9427

RESOLUCIÓN

San Juan, Puerto Rico, a 7 de octubre de 2009.

Examinada la Petición de reinstalación al ejercicio de la abogacía y notaría, presentada por el abogado José R. Ríos Ríos, se autoriza su reinstalación al ejercicio de la abogacía y notaría, efectivo inmediatamente.

Sin embargo, se ordena la continuación de los procedimientos en la querella CP-2008-5 y las quejas AB-2008-58 y AB-2004-41, que fueron archivadas administrativamente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.


Juliana Mosquera Soler
Secretaria del Tribunal Supremo Interina